# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0780

———————————————

INTERNATIONAL BONDED
COURIERS, INC.,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
REVENUE,

    Appellee.

———————————————

On appeal from the Division of Administrative Hearings.
John G. Van Laningham, Administrative Law Judge.

June 6, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Jeanette Moffa, Joseph C. Moffa, Jonathan W. Taylor, and James F. McAuley of Moffa, Sutton, & Donnini, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Timothy E. Dennis, Chief Assistant Attorney General, and Jacek P. Stramski, Special Counsel, Tallahassee, for Appellee.